IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: **10-cv-00731-AP**

**BONITA JOHNSON,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security**,

        Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

| | |
|---|---|
| For Plaintiff: | Frederick W. Newall, Esq.<br>730 N. Weber, #101<br>Colorado Springs, Colorado 80903<br>(719) 633-5211<br>(719) 635-6503 (facsimile)<br>newallfrederickw@qwest.net |
| For Defendant: | Kevin Traskos<br>Assistant U.S. Attorney<br>kevin.traskos@usdoj.gov |
| | Debra Meachum<br>Special Assistant U.S. Attorney<br>Debra.meachum@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    A.    Date Complaint Was Filed:    3/30/10
    B.    Date Complaint Was Served on U.S. Attorney's Office:    5/7/10
    C.    Date Answer and Administrative Record Were Filed:    7/6/10

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete. However, the Plaintiff reserves the right to supplement the record if necessary at the time of the Opening Brief.

Plaintiff states: The record appears complete, Plaintiff may need to amend it should something come up missing.

Defendant states: To the best of his knowledge, the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties state that there is no additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe that this case raises unusual claims or defenses.

**7. OTHER MATTERS**

None

**8. BRIEFING SCHEDULE**

    A.    **Plaintiff's Opening Brief Due:**    8/27/10
    B.    **Defendant's Response Brief Due:**    10/1/10
    C.    **Plaintiff's Reply Brief (If Any) Due:** 10/18/10

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **Plaintiff's Statement:** Plaintiff does not request oral argument
    **Defendant's Statement:** Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**
    *Indicate below the parties' consent choice.*

    A.    ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    (**XX**) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

    THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

    The parties filing motions for extension of time or continuances must comply with D. C. Colo.LCivR 7.1(c) by submitting proof that a copy of the motion has been served upon the moving attorney's client, all attorney of record, and all pro se parties.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

DATED this 29th day of July, 2010.

BY THE COURT:

 s/John L. Kane
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Frederick W. Newall<br>Frederick W. Newall, Esq.<br>730 N. Weber, #101<br>Colorado Springs, Colorado 80903<br>(719) 633-5211<br>(719) 635-6503 (facsimile)<br>newallfrederickw@qwest.net<br><br>Attorney for Plaintiff | Troy A. Eid<br>UNITED STATES ATTORNEY<br><br>Kevin Traskos<br>Assistant U.S. Attorney<br>kevin.traskos@usdoj.gov<br><br>s/Debra Meachum<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-0017<br>Debra.meachum@ssa.gov<br>Attorney for Defendant |