IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **10-cv-731-AP**

**BONITA JOHNSON,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

## ORDER

---

Kane, J.

Plaintiff's Opposed Motion to Change Administrative Law Judge upon Remand (doc. #20), filed November 5, 2010, is **GRANTED**.

Upon remand this case shall be assigned to a different Administrative Law Judge.

Dated:  November 23, 2010.

                              BY THE COURT:

                              *s/John L. Kane*
                              JOHN L. KANE, SENIOR JUDGE
                              UNITED STATES DISTRICT COURT