IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **10-cv-731-AP**

**BONITA JOHNSON,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

---

## ORDER

Kane, J.

The Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, (doc. #23), filed December 21, 2010, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, attorney fees in the amount of **$3,500.00**.

Dated at Denver, Colorado, this 21st day of December, 2010.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT